UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARQUIS COLLIER,

Defendant.

No. 17 CR 644-03 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Based upon a review of the docket, which reveals that the instant criminal action was commenced approximately three years ago, the defendant is charged with a felony, the defendant has been detained since October 2017, that a trial is currently scheduled for November 2020, and the defendant wishes to plea pursuant to a negotiated plea agreement, it is the Court's determination that in order to prevent serious harm to the interest of justice the Defendant Marquis Collier can and should be permitted to plea guilty and that the plea hearing be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the change of plea hearing for Defendant Marquis Collier be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of the Court is requested to terminate the motion (doc. 232).

Dated: July 31, 2020
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020