# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  August 5, 2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                **SCHEDULING ORDER**

      -against-

                                          17-CR-644 (NSR)

Marquis Collier
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Plea Hearing for 8/14/2020 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  August 5, 2020
          White Plains, New York

                                      SO ORDERED:

                                      s/      PED

                                      PAUL E. DAVISON
                                    United States Magistrate Judge