UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marquis Collier

         Defendant(s).
---------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE

17 CR 644 NSR

Defendant Marcus Collier hereby voluntarily consents to participate in the following proceeding
via  ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

/s/ Marquis Collier
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marquis Collier
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Michael Bachrach
_____

Marquis Collier
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/14/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge