UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
USA

      - against -

MARQUIS COLLIER,

                  Defendant.
-------------------------------------------------------- X

S4 17 Cr. 644-03 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated August 24, 2020, is approved and accepted.

                                           SO ORDERED.

                                           _____
                                           Hon. Nelson S. Román,
                                           United States District Judge

Dated: White Plains, NY
         February 8, 2021.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021