UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

USA,

- against -

MARQUIS COLLIER,

Defendant(s).

-------------------------------------------------------x

**RESCHEDULING ORDER**

S4 17 CR 644-03 (NSR)

NELSON S. ROMÁN, D.J.:

Due to a scheduling conflict with the Court, the in-person Sentencing scheduled for June 16, 2021 or, alternatively, June 17, 2021 is hereby

ORDERED **rescheduled, with the parties' consent, until July 21, 2021 at 11:15 am or, alternatively, July 23, 2021 at 11:00 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated: White Plains, New York
June 7, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021